IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**YULANDA CHESNUT,**

**Defendant.**                                         No. 08-30176-DRH

**ORDER**

**HERNDON, Chief Judge:**

Now before the Court is Chesnut's motion for status of motion filed in court (Doc. 47). Specifically, Chesnut would like to know that status of her motion for a sentence reduction under the retroactive "crack law" that was entered on November 1, 2011. Said motion is **GRANTED**. On October 11, 2011, Chesnut filed a motion for retroactive application of sentencing guidelines to crack cocaine offense (Doc. 43). On October 12, 2011, the Court appointed the Federal Public Defender to represent Chesnut (Doc. 43). That same day, Phillip Kavanaugh entered his appearance for Chesnut (Doc. 45). Chesnut's motion is still under advisement. Once Mr. Kavanaugh files either a motion to supplement or a motion to withdraw, pursuant to

Administrative Order 137, the Court will rule on the pending motion.

**IT IS SO ORDERED.**

Signed this 15th day of June, 2011.

David R. Herndon
2012.06.15
10:02:42 -05'00'

**Chief Judge
United States District Court**